IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In RE:                )
                      )
                      )
Claudia Wohlgemuth,   ) Case 05-24620
                      )
                      ) Chapter 13
Debtor.    __         )

OBJECTION TO MOTION TO DISMISS

Debtor, through counsel, hereby objects to Trustee's motion to dismiss. In support of this objection, debtor states the following:

1. On April 18, 2008, the Trustee filed his motion to dismiss asserting default of $752.50 and also lack of feasibility. Monthly plan payments are $307.00.

2. Debtor opposes this motion and, except as herein admitted, denies each and every allegation contained in the motion.

3. Debtor admits default. However, since the Trustee's motion, debtor has made one payment of $600.00. She will cure the $152.50 arrearage balance during the next 60 days.

4. With regard to feasibility, debtor agrees, if necessary, to increase her monthly plan payment to $329.00. However, debtor believes her last payment and proposed cure will obviate the need for any increase.

5. Debtor expects to become employed on or about May 26, 2008. She will then provide the Trustee with employer information so that employer-pay can be set up.

6. As such, debtor has taken steps to cure the default and amortizations issues. Therefore, the Trustee's motion should be denied.

7. The best interest of debtor and debtor's estate are served by continuance of this Chapter 13 proceeding.

WHEREFORE, debtors hereby request this Honorable Court deny Trustee's Motion to Dismiss and for such other relief as the Court deems just and proper.

Submitted by:

_/s/Patrick Wiesner_____
Patrick Wiesner, Attorney at Law
KS: 15752 MO: 56049
6750 W. 93rd Street, Suite 220
Overland Park, KS 66212
TEL: (913) 642-2240
FAX: (913) 642-2082
Attorney for Debtor